BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: COVID-19 BUSINESS INTERRUPTION PROTECTION INSURANCE LITIGATION | MDL No. 2942 |

**Defendants Westchester Surplus Lines Insurance Company and Indemnity Insurance Company of North America's Joinder to Motion for Extension of Time (Dkt. 102)**

Pursuant to Rule 6.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendants Westchester Surplus Lines Insurance Company ("Westchester") and Indemnity Insurance Company of North America ("Indemnity") hereby join in the Motion for Extension of Time filed by various other defendants (Dkt. 102). For the reasons set forth therein, Westchester and Indemnity respectfully request that the Panel grant the Motion for Extension of Time.

Dated: May 5, 2020

O'MELVENY & MYERS LLP

By: /s/ Daniel Petrocelli
Daniel Petrocelli
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
dpetrocelli@omm.com

*Attorneys for Defendants Westchester Surplus Lines Insurance Company and Indemnity Insurance Company of North America*