## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re: COVID-19 Business Interruption Protection Insurance Litigation** | **MDL No. 2942** |

### AMENDED PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the Notice of Related Actions [Document No. 177] with accompanying exhibits was electronically filed with the Clerk of the JPML using the Court's CM/ECF system and was served on all counsel or parties electronically on May 11, 2020, via the ECF filing system.

In addition, I caused true and correct copies of that filing to be served on the following via U.S. mail or e-mail as indicated:

**Via U.S. mail on May 11, 2020:**

Badger Mutual Insurance Company
1635 West National Avenue
Milwaukee, WI 53204

Lancer Insurance Company
370 West Park Avenue
P.O. Box 9004
Long Beach, NY 11561

Selective Insurance Company of America
Selective Insurance Group, Inc.
Selective Insurance of the Southeast
Selective Insurance Group, Inc.
40 Wantage Avenue
Branchville, NJ 07890

Evanston Insurance Company
10 Parkway North
Deerfield, Illinois 60015

Defendant in Case No. 3:20-cv-00324 (E.D.Va. Richmond)

Markel Corporation
Richard R. Grinnan, Registered Agent
4521 Highwoods Parkway
Glen Allen, VA 23060

Defendant in Case No. 3:20-cv-00324 (E.D.Va. Richmond)

Mesa Underwriters Specialty Insurance Company d/b/a MUSIC
Corporation Service Company, Registered Agent
8825 N. 23rd Avenue, Suite 100
Phoenix, AZ 85021

Defendant in Case No. 3:20-cv-00323 (E.D.Va. Richmond)

Grange Mutual Casualty Company
Grange Insurance Company
671 South High Street
Columbus, Ohio 43206

Defendant In Case No. 2:20-cv-02264 (S.D.Ohio Columbus)

**Via U.S. mail on May 18, 2020:**

Travelers Casualty Insurance
Company Of America, The
Travelers Indemnity Company
485 Lexington Avenue
New York, New York 10017

Defendant in Case No. 2:20-cv-02093 (E.D.Pa.)

Hartford Mutual Insurance Company
200 N. Main Street
Bel Air, MD 21014

Defendant in Case No. 2:20-cv-02152 (E.D.Pa.)

The Hartford Financial Services Group, Inc.
The Hartford Fire Insurance Company
Hartford Underwriters Insurance Company
Commercial Inland Marine Hartford Fire Insurance Company
Sentinel Insurance Company, LTD
1 Harford Plaza,
Hartford, Connecticut 06155

Defendants in Case Nos. 3: 20-cv-00609; 3:20-cv-00610; 3:20-cv-00611 (D.Conn. New Haven);
Case No. 1:20-cv-03350 (S.D.N.Y. Foley Square)


**Via email on May 11, 2020:**

Christopher J. O'Malley
Patrick M. Collins
King & Spalding LLP
353 N. Clark, 12th Floor
Chicago, IL 60654
(312) 995-6333
Email: comalley@kslaw.com
Email: pcollins@kslaw.com

Shelby S. Guilbert, Jr. Joseph M. Englert
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
(404) 572-4600
Email: sguilbert@kslaw.com
Email: jenglert@kslaw.com


***Attorneys for Big Onion Tavern Group, LLC, Headquarters Beercade LLC, Machine 1846 LLC, The New 400 LLC, Harper Theater LLC, Welcome Back LLC, Legacy Hospitality LLC, Mcbrides Aurora Inc., Homeslyce Is Where The Heart Is LLC, 3458 Norclark Restaurant LLC, Happy Camper Pizzeria LLC, 1913 Northco LLC, Mcbride's Pub Inc., and Mcbride's On 52 Inc.***

Gordon A. Greenberg
Jason David Strabo
McDermott Will and Emery LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3218
(310) 277-4110
Fax: (310) 277-4730
Email: ggreenberg@mwe.com
Email: jstrabo@mwe.com

Margaret H. Warner
McDermott Will and Emery LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001
(202) 756-8228
Fax: (202) 756-8087
Email: mwarner@mwe.com

*Attorneys for Topa Insurance Company*

Mark D. Tinker
Cole, Scott & Kissane, PA – Tampa
4301 W. Boy Scout Blvd., Ste. 400
Tampa, FL 33607
(727) 825-3600
Fax: (727) 821-1968
Email: mark.tinker@csklegal.com

*Attorney for DTW1991 Underwriting Limited, a Certain Interested Underwriter at Lloyd's London*

Forrest S. Latta
BURR & FORMAN LLP
P.O. Box 2287
Mobile, AL 36652
(251) 344-5151
Fax: (251) 344-9696
Email: flatta@burr.com

Katherine Edwards West
Robert S. W. Given
S. Greg Burge
BURR & FORMAN LLP
420 North 20th Street, Ste. 3400
Birmingham, AL 35203
(205) 458-5188
Fax: (205) 458-5638
Email: kwest@burr.com
Email: rgiven@burr.com
Email: gburge@burr.com

*Attorneys for Auto-Owners Insurance Company*

Scott M. Hendler
Rebecca Ruth Webber
**HENDLER FLORES LAW, PLLC**
1301 West 25th Street, Suite 400
Austin, TX 78705
shendler@hendlerlaw.com
rwebber@hendlerlaw.com

***Attorneys for Plaintiff, LDWB#2 dba
Lonesome Dove Austin***


Dated:  May 18, 2020                              /s/ *Keith J. Verrier*
                                                 Keith J. Verrier, Esquire
                                                 **LEVIN SEDRAN & BERMAN LLP**
                                                 510 Walnut Street, Suite 500
                                                 Philadelphia, PA 19106-3697
                                                 Telephone: (215) 592-1500
                                                 Facsimile: (215) 592-4663
                                                 Email: kverrier@lfsblaw.com